

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-13-00845-CV

Eric C. **SANDERS** and Carrie L. Sanders,
Appellant

v.

**AMERICAN HOME MORTGAGE SERVICING, INC.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17353
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

The trial court's judgment was signed on August 2, 2013, and appellants timely filed a notice of appeal. The reporter's record was filed in this court on December 12, 2013; the clerk's record was filed on January 6, 2014. Appellants' brief was therefore initially due to be filed on February 5, 2014. Appellants have requested three extensions, which have been granted in part for a total of ninety days. In our last order issued on April 7, 2014, we notified appellants that the appellants' brief would be due on May 5, 2014, with "No Further Extensions." To date, the appellants' brief has not been filed. *See* TEX. R. APP. P. 10.5(b).

It is therefore ORDERED that appellants show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court